AO 440 (Rev. 8/01) Summons in a Civil Action

JUDGE CROTTY

# UNITED STATES DISTRICT COURT

Southern District of New York

State of New York, State of Illinois, State of Maryland, State of Washington

V.

Unit States Department of Health and Human Services

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV

**07 CIV 8621**

TO: (Name and address of Defendant)

United States Department of Health and Human Services, 200 Independence Avenue S.W., Washington, D.C. 20201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andrew M. Cuomo, Attorney General of the State of New York, 120 Broadway, 24th Floor, New York, New York 10007;
Lisa Madigan, Attorney General of the State of Illinois, Office of the Attorney General, 160 North LaSalle St., Suite N1000, Chicago, Illinois 60601;
Douglas F. Gansler, Attorney General of the State of Maryland, Office of Attorney General, 300 West Preston St. Room 302, Baltimore, Maryland 21201;
Robert M. McKenna, Attorney General of the State of Washington, 7141 Cleanwater Dr. SW, PO Box 40124, Olympia, Washington 98504

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                                        OCT 0 4 2007
CLERK                                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE October 5, 2007 |
| NAME OF SERVER (PRINT) JUDITH M. YOUNG | TITLE Legal Assistant 1 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): I served a true & correct copy of the Summons & Complaint upon the following: U.S. Dep't of Health & Human Services. (Defendant) 200 Independence Ave. S.W. Washington, DC 20201. Via U.S. Certified Mail. (Tracking #7005-0390-0002-4510-8916)

**STATEMENT OF SERVICE FEES**

| TRAVEL N/A | SERVICES N/A | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  October 9, 2007    *Judith M. Young*
                Date              Signature of Server

ANDREW M. CUOMO
Attorney General of the State of New York
Attorney for Plaintiff State of New York

Address of Server  -120 Broadway, 24th Floor
New York, New York 10271.
Peter A. Sistrom, Assistant Attorney General
                (of counsel)

A true & correct copy of the
   Summons and Complaint was also served on October 5, 2007
   upon: Peter D. Keisler, Acting United States Attorney General
                 United States Department of Justice
                 950 Pennsylvania Avenue
                 Washington, D.C. 20530   JMY 10/9/07
                 (Via U.S. Certified Mail, Tracking #
                     7005-0390-0002-4510-8909)

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.