UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
:
STATE of NEW YORK, STATE of ILLINOIS, STATE of
MARYLAND, STATE of WASHINGTON,                           :

              Plaintiffs,     :  07-CV-8621 (PAC) (RLE)

    - against -                                           :
                                                            **MOTION FOR ADMISSION**
UNITED STATES DEPARTMENT OF HEALTH AND               :  **TO PRACTICE, *PRO HAC***
HUMAN SERVICES,                                          **VICE***

              Defendant.

------------------------------------------------------- x

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Peter Sistrom, an Assistant Attorney General for the State of New York, and a member in good standing of the bar of this Court, upon my accompanying declaration and the annexed certificates of good standing, hereby move for an Order admitting to practice before the Court pro hac vice to represent the State of Washington:

                WILLIAM L. WILLIAMS
                Senior Assistant Attorney General

                CATHERINE R. HOOVER
                Assistant Attorney General

                Office of the Attorney General
                7141 Cleanwater Dr. SW
                PO Box 40124
                Olympia, Washington 98504-0124
                (360) 586-6565

Mr. Williams and Ms. Hoover each is a member in good standing of the Bar of the State of Washington. There are no pending disciplinary proceedings against either Mr. Williams or Ms Hoover in any State of Federal court.

Dated:      October 10, 2007
            New York, New York

> FOR PLAINTIFF STATE OF NEW YORK
> ANDREW M. CUOMO
> Attorney General
>
> By: *[signature]*
>
> Peter Sistrom
> Assistant Attorney General
> Office of the Attorney General
> 120 Broadway, 24th Floor
> New York, New York, 10271
> (212) 416-8568

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
                                                  :

STATE of NEW YORK, STATE of ILLINOIS, STATE of
MARYLAND, STATE of WASHINGTON,                  :

                Plaintiffs,                               :

                                                    07-CV-8621 (PAC) (RLE)

        - against -                               :

UNITED STATES DEPARTMENT OF HEALTH AND     :
HUMAN SERVICES,

                Defendant.

----------------------------------------x

## DECLARATION OF PETER SISTROM IN SUPPORT OF
## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Peter Sistrom, declare as follows:

1.    I am a member in good standing of the bar of the State of New York, an attorney admitted to practice before the United States District Court for the Southern District of New York, and an Assistant Attorney General for the State of New York. I make this declaration in support of the motion, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, to admit William L. Williams and Catherine R. Hoover to practice before this Court *pro hac vice* to represent the State of Washington in this action.

2.    Mr. Williams is admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington, and is a member in good standing of that Court. He is admitted to practice in the United States Supreme Court, the United States Court of Appeals for the District of Columbia Circuit, the United States Court of

Appeals for the Ninth Circuit, and the United States District Courts for the Eastern and Western Districts of Washington. He is a Senior Assistant Attorney General in the offices of Robert M. McKenna, Attorney General of the State of Washington. I believe Mr. Williams to be of good character, and am unaware of any reason why this motion should not be granted.

3. Ms. Hoover is admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington, and is a member in good standing of that Court. She is admitted to practice in the United States Court of Federal Claims and the United States District Court for the Western District of Washington. She is a Senior Assistant Attorney General in the offices of Robert M. McKenna, Attorney General of the State of Washington. I believe Ms. Hoover to be of good character, and am unaware of any reason why this motion should not be granted

4. As required by Local Rule 1.3(d), I attach, as Exhibits A and B, respectively, certificates of good standing for (A) William L. Williams from the Supreme Court of the State of Washington, and (B) Catherine R. Hoover from the Supreme Court of the State of Washington.

5. Together with the filing of these papers, we are delivering to the Clerk of the Court a check for the fees required for admission *pro hac vice*.

6. I respectfully request that our motion for admissions *pro hac vice* be granted.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 10, 2007
      New York, New York

_____
Peter Sistrom

## IN THE SUPREME COURT OF THE STATE OF WASHINGTON

IN THE MATTER OF THE ADMISSION

OF

WILLIAM LEE WILLIAMS

TO PRACTICE IN THE COURTS OF THIS STATE.

BAR #6474

**CERTIFICATE OF GOOD STANDING**

I, Ronald R. Carpenter, Clerk of the Supreme Court of the State of Washington, hereby certify

WILLIAM LEE WILLIAMS

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington, on January 14, 1976, and is now and has been continuously since that date an attorney in good standing in said Court.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 19th day of September, 2007



RONALD R. CARPENTER

SUPREME COURT CLERK

WASHINGTON STATE SUPREME COURT

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

IN THE MATTER OF THE ADMISSION

OF

CATHERINE ROUBAL HOOVER

TO PRACTICE IN THE COURTS OF THIS STATE.

BAR #22049

**CERTIFICATE OF GOOD STANDING**

I, Ronald R. Carpenter, Clerk of the Supreme Court of the State of Washington, hereby certify

CATHERINE ROUBAL HOOVER

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington, on November 9, 1992, and is now and has been continuously since that date an attorney in good standing in said Court.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 19th day of September, 2007



RONALD R. CARPENTER

SUPREME COURT CLERK

WASHINGTON STATE SUPREME COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
STATE of NEW YORK, STATE of ILLINOIS, STATE of
MARYLAND, STATE of WASHINGTON,                      :

                Plaintiffs,            :   07-CV-8621 (PAC) (RLE)

       - against -                              :
                                                        **DECLARATION OF**
UNITED STATES DEPARTMENT OF HEALTH AND              :   **SERVICE**
HUMAN SERVICES,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      I, Peter Sistrom, declare pursuant to 28 U.S.C. 1746, that I am employed as an Assistant Attorney General in the offices of Andrew M. Cuomo, Attorney General of the State of New York, attorney for plaintiff State of New York in this action. On October 10, 2007, I served the annexed Motion for Admission to Practice, *Pro Hac Vice*; Declaration of Peter Sistrom in Support of Motion for Admission to Practice, *Pro Hac Vice*; and, [Proposed] Order for Admission to Practice, *Pro Hac Vice* on defendant United States Department of Health and Human Services by mailing true and correct copies to:

                Hon. Michael J. Garcia
                United States Attorney
                U.S. Attorney's Office, Southern District of New York
                Civil Division
                86 Chambers Street
                New York, New York 10007

                Hon. Peter D. Keisler
                Acting United States Attorney General
                950 Pennsylvania Avenue
                Washington, D.C. 20530

U.S. Department of Health and Human Services
200 Independence Avenue S.W.
Washington, D.C. 20201

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 10, 2007
       New York, New York

_____
Peter Sistrom