```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 1 6 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STATE of NEW YORK, STATE of ILLINOIS, STATE of
MARYLAND, STATE of WASHINGTON,

                          Plaintiffs,               :  07-CV-8621 (PAC) (RLE)

        - against -

UNITED STATES DEPARTMENT OF HEALTH AND    :  [~~PROPOSED~~] ORDER FOR
HUMAN SERVICES,                                             ADMISSION TO PRACTICE,
                                                                                       *PRO HAC*
                        Defendant.                                                                *VICE*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      Upon the motion of Peter Sistrom, an Assistant Attorney General in the offices of

Attorney General Andrew M. Cuomo, attorney for the State of New York in this action, and

Mr. Sistrom's declaration in support;

     IT IS HEREBY ORDERED that

                WILLIAM L. WILLIAMS
                Senior Assistant Attorney General

                - and -

                CATHERINE R. HOOVER
                Assistant Attorney General

                Office of the Attorney General
                7141 Cleanwater Dr. SW
                PO Box 40124
                Olympia, Washington 98504-0124
                (360) 586-6565

are admitted to practice pro hac vice as counsel for the State of Washington in this action in

the United States District Court for the Southern District of New York. All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. This action has been assigned Electronic Case Filing System (ECF), so counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to Clerk of Court.

Dated:   October [16], 2007
         New York, New York

*[signature: Paul A. Crotty]*

United States District Judge