# MEMO ENDORSED



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

November 30, 2007

**BY EMAIL**
The Honorable Paul A. Crotty
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 735
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 3 0 2007
```

Re:   *State of New York, et al. v. United States Department of Health and Human Services*, 07 Civ. 8621 (PAC)

Dear Judge Crotty:

     I represent the United States Department of Health and Human Services ("HHS") in this case, in which several states challenge recent guidance issued by HHS aimed at ensuring the proper use of federal matching funds under the State Children's Health Insurance Program ("SCHIP"). HHS' response to the plaintiffs' complaint is presently due on December 4, 2007. With the consent of plaintiffs' counsel, I write respectfully to request an extension of this date until January 10, 2008. The reasons for this request are as follows.

     I am presently on deferred paternity leave and am not scheduled to return to the office until December 6, 2007. Upon my return, I have two circuit court briefs due, one on December 14 and the other on December 19, which will consume much of my time and attention. Given the complexity of the instant case, I will need substantial additional time to prepare HHS' response to plaintiffs' complaint. Further, due to a parallel case brought by several other states in the District of New Jersey, the preparation of HHS' response will require close coordination with the Department of Justice attorneys responsible for that litigation.

     { Accordingly, I respectfully request that the time for HHS to respond to plaintiffs' complaint be extended until January 10, 2008. I have consulted with counsel for the plaintiffs, who consent to this request. This is HHS' first request for an extension in this litigation. }

# MEMO ENDORSED

Page 2

      I thank the Court for its consideration of this request.

                              Respectfully,

                              MICHAEL J. GARCIA
                              United States Attorney for the
                              Southern District of New York

                        By: /s/ Serrin Turner
                              SERRIN TURNER
                              Assistant U.S. Attorney
                              Tel: (212) 637-2701
                              Fax: (212) 637-2686

cc:    Peter Sistrom, Esq. (by email)

**Application GRANTED**

**SO ORDERED:** NOV 30 2007

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE