UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STATE of NEW YORK, STATE of ILLINOIS, STATE of
MARYLAND, STATE of WASHINGTON,

                    Plaintiffs,

                    - against -

UNITED STATES DEPARTMENT OF HEALTH AND
HUMAN SERVICES,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORIGINAL**

07-CV-8621 (PAC) (RLE)

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Peter Sistrom, an Assistant Attorney General for the State of New York, and a member in good standing of the bar of this Court, upon my accompanying declaration and the annexed certificates of good standing, hereby move for an Order admitting to practice before the Court pro hac vice to represent the State of Illinois:

        KAREN KONIECZNY
        Assistant Attorney General

        Office of the Attorney General
        Welfare Litigation Bureau
        Suite N-1000
        160 North LaSalle Street
        Chicago, Illinois 60601-3103
        (312) 793-2380

Ms. Konieczny is a member in good standing of the Bar of the State of Illinois. There are no pending disciplinary proceedings against Ms. Konieczny in any State of Federal court.

Dated: December 3, 2007
New York, New York

                    FOR PLAINTIFF STATE OF NEW YORK
                    ANDREW M. CUOMO
                    Attorney General

By: _____

                    Peter Sistrom
                    Assistant Attorney General
                    Office of the Attorney General
                    120 Broadway, 24th Floor
                    New York, New York, 10271
                    (212) 416-8568

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
STATE of NEW YORK, STATE of ILLINOIS, STATE of
MARYLAND, STATE of WASHINGTON,                    :

                Plaintiffs,                  :
                                          07-CV-8621 (PAC) (RLE)
       - against -                                  :

UNITED STATES DEPARTMENT OF HEALTH AND             :
HUMAN SERVICES,

                Defendant.

------------------------------------------------------------x

### DECLARATION OF PETER SISTROM IN SUPPORT OF
### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Peter Sistrom, declare as follows:

1. I am a member in good standing of the bar of the State of New York, an attorney admitted to practice before the United States District Court for the Southern District of New York, and an Assistant Attorney General for the State of New York. I make this declaration in support of the motion, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, to admit Karen Konieczny to practice before this Court *pro hac vice* to represent the State of Illinois in this action.

2. Ms. Konieczny is admitted to practice as an Attorney and Counselor at Law in the State of Illinois, and is a member in good standing of that Court. She is admitted to practice in the United States Court of Appeals for the Seventh Circuit and the United States District Courts for Northern District of Illinois. She is an Assistant Attorney General in the offices of

Lisa Madigan, Attorney General of the State of Illinois. I believe Ms. Konieczny to be of good character, and am unaware of any reason why this motion should not be granted.

3.  As required by Local Rule 1.3(d), I attach as Exhibit A a certificate of good standing for Karen Konieczny from the Supreme Court of the State of Illinois.

4.  Together with the filing of these papers, we are delivering to the Clerk of the Court a check for the fees required for admission *pro hac vice*.

5.  I respectfully request that our motion for admissions *pro hac vice* be granted.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 3, 2007
New York, New York

_____
Peter Sistrom

# EXHIBIT A

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Karen Konieczny

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on October 29, 1977 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Tuesday, November 20, 2007.

*Juleann Hornyak*
Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
                                                :

STATE of NEW YORK, STATE of ILLINOIS, STATE of
MARYLAND, STATE of WASHINGTON,                     :

                      Plaintiffs,                  : 07-CV-8621 (PAC) (RLE)

          - against -                           :

                                                **[PROPOSED] ORDER FOR**
UNITED STATES DEPARTMENT OF HEALTH AND    : **ADMISSION TO PRACTICE,**
HUMAN SERVICES,                                       ***PRO HAC***
                                                   ***VICE***
                    Defendant.

------------------------------------------------x

Upon the motion of Peter Sistrom, an Assistant Attorney General in the offices of Attorney General Andrew M. Cuomo, attorney for the State of New York in this action, and Mr. Sistrom's declaration in support;

IT IS HEREBY ORDERED that

                    KAREN KONIECZNY
                    Assistant Attorney General

                    Office of the Attorney General
                    Welfare Litigation Bureau
                    Suite N-1000
                    160 North LaSalle Street
                    Chicago, Illinois 60601-3103
                    (312) 793-2380

is admitted to practice pro hac vice as counsel for the State of Illinois in this action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. This action has been assigned Electronic Case Filing System (ECF), so

counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to Clerk of Court.

Dated:     December [ ], 2007
           New York, New York


                                            _____
                                                United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
:
STATE of NEW YORK, STATE of ILLINOIS, STATE of
MARYLAND, STATE of WASHINGTON,                       :

                Plaintiffs,                    :   07-CV-8621 (PAC) (RLE)

    - against -                                         :
                                                     **DECLARATION OF**
UNITED STATES DEPARTMENT OF HEALTH AND               :   **SERVICE**
HUMAN SERVICES,

                Defendant.

----------------------------------------x

       I, Peter Sistrom, declare pursuant to 28 U.S.C. § 1746, that I am employed as an Assistant Attorney General in the offices of Andrew M. Cuomo, Attorney General of the State of New York, attorney for plaintiff State of New York in this action. On December 3, 2007, I served the annexed Motion for Admission to Practice, *Pro Hac Vice*; Declaration of Peter Sistrom in Support of Motion for Admission to Practice, *Pro Hac Vice*; and, [Proposed] Order for Admission to Practice, *Pro Hac Vice* on defendant United States Department of Health and Human Services by mailing true and correct copies to:

        Hon. Michael J. Garcia
        United States Attorney
        U.S. Attorney's Office, Southern District of New York
        Civil Division
        86 Chambers Street
        New York, New York 10007

        Hon. Peter D. Keisler
        Acting United States Attorney General
        950 Pennsylvania Avenue
        Washington, D.C. 20530

        U.S. Department of Health and Human Services
        200 Independence Avenue S.W.
        Washington, D.C. 20201

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   December 3, 2007
           New York, New York

_____
Peter Sistrom