UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

STATE of NEW YORK, STATE of ILLINOIS, STATE of
MARYLAND, STATE of WASHINGTON,

                        Plaintiffs,

      - against -

UNITED STATES DEPARTMENT OF HEALTH AND
HUMAN SERVICES,

                        Defendant.

------------------------------------------------------------x

: 07-CV-8621 (PAC) (RLE)

[~~PROPOSED~~] ORDER FOR *pre-* ADMISSION TO PRACTICE, *PRO HAC VICE*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 1 2 2007

      Upon the motion of Peter Sistrom, an Assistant Attorney General in the offices of Attorney General Andrew M. Cuomo, attorney for the State of New York in this action, and Mr. Sistrom's declaration in support;

      IT IS HEREBY ORDERED that

> KAREN KONIECZNY
> Assistant Attorney General
>
> Office of the Attorney General
> Welfare Litigation Bureau
> Suite N-1000
> 160 North LaSalle Street
> Chicago, Illinois 60601-3103
> (312) 793-2380

is admitted to practice pro hac vice as counsel for the State of Illinois in this action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. This action has been assigned Electronic Case Filing System (ECF), so

counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to Clerk of Court.

Dated:   December [12] 2007
         New York, New York

                                        _____
                                        United States District Judge