# UNITED STATES DISTRICT COURT

Southern      DISTRICT OF      New York

**APPEARANCE**

Case Number: 07 CIV 8621

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff, State of Illinois.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 12/20/2007 | |
| Date | Signature |
| | Karen Elaine Konieczny     IL 1506277 |
| | Print Name     Bar Number |
| | 160 North LaSalle Street, Suite N-1000 |
| | Address |
| | Chicago,     IL     60601 |
| | City     State     Zip Code |
| | (312) 793-2380     (312) 793-3195 |
| | Phone Number     Fax Number |