UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
STATE OF NEW YORK, STATE OF ILLINOIS, STATE OF
MARYLAND, STATE OF WASHINGTON,                            :
                          Plaintiffs,                          07-CV-8621 (PAC) (RLE)
                                                          :
         - against -
                                                          : **NOTICE OF SUBSTITUTION OF**
UNITED STATES DEPARTMENT OF HEALTH AND                      **COUNSEL FOR PLAINTIFF**
HUMAN SERVICES,                                           : **STATE OF NEW YORK**

                          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

         PLEASE TAKE NOTICE that the appearance of undersigned Assistant Attorney

General John M. Schwartz be entered on behalf of ATTORNEY GENERAL ANDREW M.

CUOMO for PLAINTIFF the STATE OF NEW YORK, in the place and stead of Assistant

Attorney General Peter Sistrom , Esq., who is leaving the Office of the Attorney General.

Henceforth all notices and service should be to Assistant Attorney General John M. Schwartz.

Dated:   New York, New York
         January 15, 2007

                              ANDREW M. CUOMO
                              Attorney General of the
                              State of New York
                              Attorney for Defendants
                              By:


                              _S/_____
                              JOHN M. SCHWARTZ
                              Assistant Attorney General
                              120 Broadway - 24th Floor
                              New York, New York  10271
                              (212) 416-8559

TO:   MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant
86 Chambers Street
New York, NY 10007

LISA MADIGAN
Attorney General of Illinois
Attorney for the State of Illinois
160 North LaSalle Street
Suite N-1000
Chicago, IL 60601

DOUGLAS F. GANSLER
Attorney General of Maryland
Attorney for the State of Maryland
Maryland Department of Health
and Mental Hygiene
300 West Preston Street
Room 302
Baltimore, MD 21201

ROBERT M. MCKENNA
Attorney General of Washington
Attorney for the State of Washington
7141 Cleanwater Dr. SW
P.O. Box 40124
Olympia, WA 98504-0124