UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                    :
STATE OF NEW YORK, STATE OF ILLINOIS, STATE OF
MARYLAND, STATE OF WASHINGTON,                                      :
      Plaintiffs,     07-CV-8621 (PAC) (RLE)
                                                                    :
  - against -
                                                                    : **NOTICE OF APPEARANCE OF**
UNITED STATES DEPARTMENT OF HEALTH AND  **COUNSEL FOR PLAINTIFF**
HUMAN SERVICES,            : **STATE OF NEW YORK**

      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

  PLEASE TAKE NOTICE that the undersigned appears on behalf of plaintiff the

Sate of New York, in the place and stead of Assistant Attorney General Peter Sistrom , Esq., who

is leaving the Office of the Attorney General.  Henceforth all notices and service should be to

Assistant Attorney General John M. Schwartz.

Dated: New York, New York
    January 15, 2007

             ANDREW M. CUOMO
             Attorney General of the
             State of New York
             <u>Attorney for Defendants</u>
             By:


             _S/_____
             JOHN M. SCHWARTZ
             Assistant Attorney General
             120 Broadway - 24th Floor
             New York, New York  10271
             (212) 416-8559


TO: MICHAEL J. GARCIA

United States Attorney for the
Southern District of New York
Attorney for Defendant
86 Chambers Street
New York, NY 10007

LISA MADIGAN
Attorney General of Illinois
Attorney for the State of Illinois
160 North LaSalle Street
Suite N-1000
Chicago, IL 60601

DOUGLAS F. GANSLER
Attorney General of Maryland
Attorney for the State of Maryland
Maryland Department of Health
and Mental Hygiene
300 West Preston Street
Room 302
Baltimore, MD 21201

ROBERT M. MCKENNA
Attorney General of Washington
Attorney for the State of Washington
7141 Cleanwater Dr. SW
P.O. Box 40124
Olympia, WA 98504-0124