**LISA MADIGAN**
**ATTORNEY GENERAL**
**STATE OF ILLINOIS**

WELFARE LITIGATION BUREAU
SUITE N-1000
160 NORTH LASALLE STREET
CHICAGO, ILLINOIS 60601-3103

TELEPHONE
(312) 793-2380

TELEFAX
(312) 793-3195

```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____        │
│ DATE FILED: JAN 2 5 2008    │
└─────────────────────────────┘
```

January 24, 2008

*January 25, 2008*
**Application GRANTED** *
SO Ordered

/s/ Paul A. Crotty

By Fax to (212) 805-6304

The Honorable Paul A. Crotty
United States District Judge
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl Street, Room 735
New York, New York 10007

*Staff should call my court room deputy at 212-805-6312 two days prior to February 7, 2008 to confirm telephone arrangements.*

**MEMO ENDORSED**

Re: *State of New York, et al., v. United States Department of Health and Human Services*, 07-CV-8621 (PAC)

Dear Judge Crotty:

On behalf of the Plaintiff, State of Illinois, this letter respectfully requests leave of Court for counsel for the State of Illinois to participate by telephone in the Pre-Motion Conference scheduled for this case. The Pre-Motion Conference is scheduled for Thursday, February 7, 2008 at 3:30 p.m. eastern time in Courtroom 20-C. Thank you for your consideration.

Respectfully submitted,

/s/ Karen Konieczny
Karen Konieczny, for Plaintiff State of Illinois

cc: Serrin Andrew Turner, AUSA, for Defendant, by fax to (212) 637-2686
    John M. Schwartz, AAG, for Plaintiff, State of New York, by fax to (212) 416-6075
    William L. Williams, Senior AAG, for Plaintiff, State of Washington,
        by fax to (360) 586-6659
    Lorie Mayorga, AAG, for Plaintiff, State of Maryland, by fax to (410) 333-5409