

# Rob McKenna
## ATTORNEY GENERAL OF WASHINGTON
Social & Health Services Division
PO Box 40124 • Olympia, WA 98504-0124 • (360) 586-6565

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 0 5 2008
```

February 4, 2008

**Sent via facsimile (212-805-6304)**

The Honorable Paul A. Crotty
United States District Judge
United States Courthouse
500 Pearl Street, Room 735
New York, NY 10007

*Counsel will be contacted by my courtroom Deputy, Mr Ovalles, and advised of the procedure for calling in*

SO ORDERED FEB 0 5 2008

/s/ Paul A. Crotty
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Re:   State of New York, et al. v. United States Department of Health and Human Services, No. 07 CIV 8621

Dear Judge Crotty:

On behalf of the Plaintiff, State of Washington, I respectfully request leave of Court to participate by telephone to the Pre-Motion Conference scheduled in this case for Thursday, February 7, 2008, at 3:30 p.m. EST in Courtroom 20-C. Bill Williams, lead counsel for the State of Washington, will attend in person and will speak on behalf of the State.

Thank you for your consideration.

Respectfully submitted,

Catherine R. Hoover
Assistant Attorney General for the State of Washington

CRH:sp
cc:   Serrin Andrew Turner, Asst. U.S. Attorney for Defendant (fax 212-637-2686)
      John M. Schwartz, AAG for Plaintiff, State of New York (fax 212-416-6075)
      Karen Konieczny, AAG for Plaintiff, State of Illinois (fax 312-793-3195)
      Lorie Mayorga, AAG for Plaintiff, State of Maryland (fax 410-333-5409)

**MEMO ENDORSED**