UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STATE of NEW YORK, STATE of ILLINOIS, STATE of MARYLAND, STATE of WASHINGTON,

              Plaintiffs,

      - against -

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 0 7 2008

07-CV-8621 (PAC) (RLE)

[PROPOSED] ORDER FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of John M. Schwartz, an Assistant Attorney General in the offices of Attorney General Andrew M. Cuomo, attorney for the State of New York in this action, and Mr. Schwartz's declaration in support,

    IT IS HEREBY ORDERED that

           JOEL LEWIS TORNARI
           Assistant Attorney General
           Office of the Attorney General
           Dep't of Health and Mental Hygiene
           300 West Preston Street, Suite 302
           Baltimore, Maryland 21201
           Tel: (410) 767-1861
           Fax: (410) 333-5409
           e-mail: jtornari@dhmh.state.md.us

and

           LORIE ANN MAYORGA
           Assistant Attorney General
           Office of the Attorney General
           Dep't of Health and Mental Hygiene
           300 West Preston Street, Suite 302
           Baltimore, Maryland 21201
           Tel: (410) 767-1861

Fax: (410) 333-5409
e-mail: lmayorga@dhmh.state.md.us

are admitted to practice pro hac vice as counsel for the State of Maryland in this action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. This action has been assigned to the Electronic Case Filing System (ECF), so counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to Clerk of Court.

Dated:   February 7, 2008
         New York, New York

*[signature: Paul A. Crotty]*
United States District Judge