UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STATE OF NEW YORK, STATE OF ILLINOIS, STATE OF MARYLAND, and STATE OF WASHINGTON,

                Plaintiffs,

-against-

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,

                Defendant.

Docket Number 07-CV-8621 (PAC) (RLE)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that in the above-captioned action, JOSHUA PEPPER hereby appears as counsel to Plaintiff STATE OF NEW YORK.

Dated: New York, New York
       February 11, 2008

Respectfully submitted,

ANDREW M. CUOMO
Attorney General of the State of New York
*Attorney for Plaintiff State of New York*

By:   /s/ Joshua Pepper
      JOSHUA PEPPER
      Assistant Attorney General
      120 Broadway, 24th floor
      New York, NY 10271
      tel: 1-212-416-8567
      fax: 1-212-416-6075

JOSHUA PEPPER
Assistant Attorney General
*Of Counsel*