

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
STATE of NEW YORK, STATE of ILLINOIS, STATE of
MARYLAND, STATE of WASHINGTON,                   :

              Plaintiffs,        :   07-CV-8621 (PAC) (RLE)

      - against -                              :

UNITED STATES DEPARTMENT OF HEALTH AND       :   **MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***
HUMAN SERVICES,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, John M. Schwartz, an Assistant Attorney General for the State of New York, and a member in good standing of the bar of this Court, upon my accompanying declaration and the annexed certificates of good standing, hereby move for an Order admitting to practice before the Court pro hac vice to represent the State of Maryland:

              JOEL LEWIS TORNARI
              Assistant Attorney General
              Office of the Attorney General
              Dep't of Health and Mental Hygiene
              300 West Preston Street, Suite 302
              Baltimore, Maryland 21201
              Tel: (410) 767-1861
              Fax: (410) 333-5409

and

LORIE ANN MAYORGA
Assistant Attorney General
Office of the Attorney General
Dep't of Health and Mental Hygiene
300 West Preston Street, Suite 302
Baltimore, Maryland 21201
Tel: (410) 767-1861
Fax: (410) 333-5409

Mr. Tornari is a member in good standing of the Bar of the State of Maryland and Ms. Mayorga is a member in good standing of the Bars of the States of Maryland and New York and the District of Columbia. There are no pending disciplinary proceedings against either Mr. Tornari or Ms. Mayorga in any State or Federal court.

Dated:   February 1, 2008
         New York, New York

                                    FOR PLAINTIFF STATE OF NEW YORK
                                    ANDREW M. CUOMO
                                    Attorney General

                                    By: /s/ John M. Schwartz
                                        John M. Schwartz
                                        Assistant Attorney General
                                        Office of the Attorney General
                                        120 Broadway, 24th Floor
                                        New York, New York, 10271
                                        (212) 416-8559

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
STATE of NEW YORK, STATE of ILLINOIS, STATE of
MARYLAND, STATE of WASHINGTON,                           :

                    Plaintiffs,                     :
                                                  07-CV-8621 (PAC) (RLE)
       - against -                           :

UNITED STATES DEPARTMENT OF HEALTH AND         :
HUMAN SERVICES,

                    Defendant.

------------------------------------------------------------x

## DECLARATION OF JOHN M. SCHWARTZ IN SUPPORT OF
## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, John M. Schwartz, declare as follows:

1.   I am a member in good standing of the bar of the State of New York, an attorney admitted to practice before the United States District Court for the Southern District of New York, and an Assistant Attorney General for the State of New York. I make this declaration in support of the motion, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, to admit Joel Lewis Tornari and Lorie Ann Mayorga to practice before this Court *pro hac vice* to represent the State of Maryland in this action.

2.   Mr. Tornari is admitted to practice law in the State of Maryland by that State's Court of Appeals, and is a member in good standing of that Court. He is an Assistant Attorney General in the office of Douglas F. Gansler, Attorney General of the State of Maryland. I

believe Mr. Tornari to be of good character, and am unaware of any reason why this motion should not be granted.

3. Ms. Mayorga is admitted to practice law in the State of Maryland by that State's Court of Appeals, and is a member in good standing of that Court. She is also a member in good standing of the bars of the State of New York and the District of Columbia. She is an Assistant Attorney General in the office of Douglas F. Gansler, Attorney General of the State of Maryland. I believe Ms. Mayorga to be of good character, and am unaware of any reason why this motion should not be granted.

4. As required by Local Rule 1.3(d), I attach as Exhibit A a certificate of good standing for Joel Lewis Tornari from the Court of Appeals of Maryland, and as Exhibit B certificates of good standing for Lorie Ann Mayorga from the Court of Appeals of Maryland, the Appellate Division of the State of New York and the District of Columbia Court of Appeals.

5. Together with the filing of these papers, we are delivering to the Clerk of the Court checks for the fees required for admission *pro hac vice* for both Mr. Tornari and Ms. Mayorga.

6. I respectfully request that our motion for admissions *pro hac vice* be granted as to both Mr. Tornari and Ms. Mayorga.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   January 31, 2008
        New York, New York

```
_____
John M. Schwartz
Assistant Attorney General
```

# Court of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that on the fifteenth day of December, 1994,

### Joel Lewis Tornari

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

In Testimony Whereof, I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this seventeenth day of January, 2008.

*Alexander L. Cummings*
Clerk of the Court of Appeals of Maryland

### Appellate Division of the Supreme Court of the State of New York
### First Judicial Department

---

I, John W. McConnell, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## LORIE ANN MAYORGA

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on the **8th** day of **June, 1993** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

January 18, 2008

_____
Clerk of the Court

1053



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

    Lorie A. Mayorga

was on the 2nd day of February, 1999 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 17, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
          Deputy Clerk

# Court of Appeals of Maryland
## Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that on the twelfth day of December, 2005,

### Lorie Ann Mayorga

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

In Testimony Whereof, I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this seventeenth day of January, 2008.

*Alexander L. Cummings*
Clerk of the Court of Appeals of Maryland

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
STATE of NEW YORK, STATE of ILLINOIS, STATE of
MARYLAND, STATE of WASHINGTON,                          :

                Plaintiffs,            :  07-CV-8621 (PAC) (RLE)

       - against -                                          :
                                                                         **DECLARATION OF**
UNITED STATES DEPARTMENT OF HEALTH AND         :  **SERVICE**
HUMAN SERVICES,

                Defendant.

------------------------------------------------------------x

I, John M. Schwartz, declare pursuant to 28 U.S.C. § 1746, that I am employed as an Assistant Attorney General in the offices of Andrew M. Cuomo, Attorney General of the State of New York, attorney for plaintiff State of New York in this action. On January 31, 2008, I served the annexed Motion for Admission to Practice, *Pro Hac Vice*; Declaration of John M. Schwartz in Support of Motion for Admission to Practice, *Pro Hac Vice*; and, [Proposed] Order for Admission to Practice, *Pro Hac Vice* on defendant United States Department of Health and Human Services by mailing true and correct copies to:

        Hon. Michael J. Garcia
        United States Attorney
        U.S. Attorney's Office, Southern District of New York
        Civil Division
        86 Chambers Street
        New York, New York 10007

and by e-mailing true and correct copies to:

        Karen Konieczny, Esq.
        Assistant Attorney General
        Office of the Illinois Attorney General

160 North LaSalle Street, Suite N1000
Chicago, Illinois 60601
karen.konieczny@illinois.gov

William L. Williams, Esq.
Senior Assistant Attorney General
Office of the Attorney General
7141 Clearwater Dr. SW
P.O. Box 40124
billw@atg.wa.gov

Joel Tornari, Esq.
Office of the Attorney General
Dep't of Health and Mental Hygiene
300 West Preston Street, Suite 302
Baltimore, Maryland 21201
jtornari@dhmh.state.md.us

Lorie A. Mayorga, Esq.
Office of the Attorney General
Dep't of Health and Mental Hygiene
300 West Preston Street, Suite 302
Baltimore, Maryland 21201
lmayorga@dhmh.state.md.us

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    February 1, 2008
         New York, New York

                                                    John M. Schwartz
                                                    Assistant Attorney General

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
STATE of NEW YORK, STATE of ILLINOIS, STATE of
MARYLAND, STATE of WASHINGTON,                             :

                Plaintiffs,                  :  07-CV-8621 (PAC) (RLE)

          - against -                                  :
                                                              [PROPOSED] ORDER FOR
UNITED STATES DEPARTMENT OF HEALTH AND     :  ADMISSION TO PRACTICE,
HUMAN SERVICES,                                                         *PRO HAC*
                                                               *VICE*
                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      Upon the motion of John M. Schwartz, an Assistant Attorney General in the offices of

Attorney General Andrew M. Cuomo, attorney for the State of New York in this action, and

Mr. Schwartz's declaration in support,

    IT IS HEREBY ORDERED that

                           JOEL LEWIS TORNARI
                           Assistant Attorney General
                           Office of the Attorney General
                           Dep't of Health and Mental Hygiene
                           300 West Preston Street, Suite 302
                           Baltimore, Maryland 21201
                           Tel: (410) 767-1861
                           Fax: (410) 333-5409
                           e-mail: jtornari@dhmh.state.md.us
and

                           LORIE ANN MAYORGA
                           Assistant Attorney General
                           Office of the Attorney General
                           Dep't of Health and Mental Hygiene
                           300 West Preston Street, Suite 302
                           Baltimore, Maryland 21201
                           Tel: (410) 767-1861

Fax: (410) 333-5409
e-mail: lmayorga@dhmh.state.md.us

are admitted to practice pro hac vice as counsel for the State of Maryland in this action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. This action has been assigned to the Electronic Case Filing System (ECF), so counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to Clerk of Court.

Dated:      February   , 2008
            New York, New York

                                                                                    _____
                                                                                 United States District Judge