UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK, STATE OF ILLINOIS, STATE OF   :
MARYLAND, STATE OF WASHINGTON,                     :

                                        :

                Plaintiffs,            :

                                          :

             v.                       :       07 Civ. 8621 (PAC)

                                          :

UNITED STATES DEPARTMENT OF HEALTH AND     :       ECF CASE
HUMAN SERVICES,                               :

                                          :

                Defendant           :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF MOTION

       PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of Defendant's

Motion to Dismiss, and the accompanying Declaration of Serrin Turner, defendant, by its attor-

ney, Michael J. Garcia, United States Attorney for the Southern District of New York, will move

this Court before the Honorable Paul A. Crotty for an order dismissing the Complaint pursuant to

Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: New York, New York            MICHAEL J. GARCIA
       March 17, 2008              United States Attorney for the
                                        Southern District of New York
                                        Attorney for Defendant

                          By:       */s/ Serrin Turner*
                              SERRIN TURNER
                              Assistant United States Attorney
                              86 Chambers Street, 3rd Floor
                              New York, New York 10007
                              Telephone: (212) 637-2701
                              Facsimile: (212) 637-2686
                              Email: serrin.turner@usdoj.gov