UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
STATE OF NEW YORK, STATE OF ILLINOIS, STATE OF  :
MARYLAND, STATE OF WASHINGTON,
                                                :
          Plaintiffs,                           :
                                                :
     v.                                         :   07 Civ. 8621 (PAC)
                                                :
UNITED STATES DEPARTMENT OF HEALTH AND          :   ECF CASE
HUMAN SERVICES,                                 :
                                                :
          Defendant                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of Defendant's Motion to Dismiss, and the accompanying Declaration of Serrin Turner, defendant, by its attorney, Michael J. Garcia, United States Attorney for the Southern District of New York, will move this Court before the Honorable Paul A. Crotty for an order dismissing the Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: New York, New York            MICHAEL J. GARCIA
       March 17, 2008                United States Attorney for the
                                     Southern District of New York
                                     Attorney for Defendant

                              By:    _____*/s/ Serrin Turner*_____
                                     SERRIN TURNER
                                     Assistant United States Attorney
                                     86 Chambers Street, 3rd Floor
                                     New York, New York 10007
                                     Telephone: (212) 637-2701
                                     Facsimile: (212) 637-2686
                                     Email: serrin.turner@usdoj.gov