MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant
By: SERRIN TURNER (ST-0646)
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Tel. No. (212) 637-2701
Fax. No. (212) 637-2686

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| STATE OF NEW YORK, STATE OF ILLINOIS, STATE OF MARYLAND, STATE OF WASHINGTON, : : : Plaintiffs, : : v. : : UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, : : : Defendant. : | 07 Civ. 8621 (PAC) ECF CASE |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## DECLARATION OF SERRIN TURNER

I, Serrin Turner, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

   1.   I am an Assistant United States Attorney in the office of Michael J. Garcia, United States Attorney for the Southern District of New York. I am the attorney assigned to the defense of this matter.

   2.   I submit this declaration in support of the Defendant's Motion to Dismiss insofar as the motion seeks dismissal under Rule 12(b)(1) of the Federal Rules of Civil Procedure.

   3.   Appended as Exhibit A hereto is a true and complete copy of a letter from the Centers for Medicare and Medicaid Services ("CMS") to the State of New York Department of

Health, Division of Coverage and Enrollment, Office of Health Insurance Programs, dated September 7, 2007.

  4. Appended as Exhibit B hereto is a true and complete copy of a letter from the State of New York Department of Health, Division of Coverage and Enrollment, Office of Health Insurance Programs to CMS dated October 31, 2007.

  I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
   March 17, 2008

             */s/ Serrin Turner*
             SERRIN TURNER