UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| STATE OF NEW YORK, STATE OF ILLINOIS, STATE OF MARYLAND, STATE OF WASHINGTON, | : ECF CASE |
| Plaintiffs, | 07-CV-8621 (PAC) (RLE) |
| - against - | : |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, | : **PLAINTIFFS' NOTICE OF MOTION** |
| | : **FOR PARTIAL SUMMARY JUDGMENT** |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLEASE TAKE NOTICE** that upon the Declarations of Cynthia R. Mann dated April 14, 2008, Judith Arnold dated April 10, 2008, Susan J. Tucker dated April 14, 2008, Roger Gantz dated April 14, 2008, and Kevin Cornell dated April 14, 2008, all with exhibits annexed thereto, and the accompanying Memorandum of Law and all the pleadings and proceedings heretofore had herein, the undersigned counsel for Plaintiffs will move this Court, at the United States Courthouse, 500 Pearl Street, Courtroom 20-C, New York , New York 10007, before the Honorable Paul A. Crotty, United States District Judge, for partial summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure granting the following relief, on the ground that there is no genuine issue as to any material fact with respect to the claims indicated and Plaintiffs are entitled to judgment as a matter of law with respect thereto: (1) declaring that (a) the new "review strategy" mandated by defendant in the letter of its Centers for Medicare and Medicaid Services (CMS) to state health officials dated August 17, 2007, was legislative rulemaking by defendant subject to the public notice and comment requirements of the Administrative Procedure Act,  5 U.S.C. § 553, and defendant's own rulemaking policy, and (b) that in mandating the new

"review strategy," defendant failed to comply with the public notice and comment requirements of the Administrative Procedure Act, 5 U.S.C. § 553(b), and defendant's rulemaking policy; (2) enjoining defendant (a) from disapproving any state child health plan or state plan amendment using the criteria stated in CMS's August 17, 2007, letter, and (b) from giving effect to any disapproval of a state plan or plan amendment based on the criteria stated in CMS's August 17, 2007, letter; (3) directing defendant to review such plans and amendments based solely on proper application of Title XXI and validly promulgated regulations; and (4) granting such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to Order of the Court, responsive papers, if any, shall be served on or before May 9, 2008.

Dated: New York, New York
April 16, 2008

FOR PLAINTIFF STATE OF NEW YORK
ANDREW M. CUOMO
Attorney General

   s/ John M. Schwartz
By:    John M. Schwartz
       Joshua Pepper
       Assistant Attorneys General
Office of the Attorney General
120 Broadway, 24th Floor
New York, New York 10007
(212) 416-8559

FOR PLAINTIFF STATE OF ILLINOIS
LISA MADIGAN
Attorney General
By:     Karen Konieczny
         Assistant Attorney General
Office of the Illinois Attorney General
160 North LaSalle Street, Suite N1000
Chicago, Illinois 60601
(312) 793-2380

FOR PLAINTIFF STATE OF MARYLAND
DOUGLAS F. GANSLER
Attorney General
By:     Joel Tornari
         Lorie Mayorga
         Assistant Attorneys General
Office of Attorney General
Maryland Department of Health and Mental Hygiene
300 West Preston Street, Room 302
Baltimore, Maryland 21201
(410) 767-1859

FOR PLAINTIFF STATE OF WASHINGTON
ROBERT M. MCKENNA
Attorney General
By:     William L. Williams
          Senior Assistant Attorney General
          Catherine R. Hoover
          Assistant Attorney General
Office of the Attorney General
7141 Cleanwater Dr. SW
PO Box 40124
Olympia, Washington 98504-0124
(360) 586-6565


TO:   MICHAEL J. GARCIA
       United States Attorney for the
       Southern District of New York
       Attorney for Defendant
       86 Chambers Street
       New York, NY 10007