

THE COMMONWEALTH OF MASSACHUSETTS
OFFICE OF THE ATTORNEY GENERAL

ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108

MARTHA COAKLEY
ATTORNEY GENERAL

(617) 727-2200
www.ago.state.ma.us

April 18, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 18 2008
```

By facsimile (212) 805-6304

The Honorable Paul A. Crotty
United States District Judge
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl Street, Room 735
New York, NY 10007

Re:   State of New York, et al. v. U.S. Department of Health and Human Services,
      07-CV-8621 (PAC)

Dear Judge Crotty:

On behalf of the States of California, Connecticut, Massachusetts and New Mexico, I am seeking leave from the Court to file a joint amicus curiae brief in the above-captioned matter. Previously, each individual state had been granted leave to file its own amicus brief, with each state awarded a specific page length. The four amici states are now seeking leave to file jointly. We anticipate that the consolidated brief will be fewer than 30 pages.

Thank you for your consideration.

Sincerely,

*Emily R. Paradise*
Quentin A. Palfrey
Assistant Attorneys General
Health Care Division

cc:   Hugh Barber
      Jennifer Kim
      Justin Miller
      John Schwartz
      Serrin Turner

*The brief may be filed, provided it is no more than 30 pages.*
SO ORDERED:   APR 18 2008

*Paul A. Crotty*
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

**MEMO ENDORSED**