UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
STATE OF NEW YORK, STATE OF ILLINOIS, STATE OF : 
MARYLAND, STATE OF WASHINGTON,
                              Plaintiffs,               :     07-CV-8621 (PAC)

          - against -                     :     ECF Case

UNITED STATES DEPARTMENT OF HEALTH AND  :     **NOTICE OF**
HUMAN SERVICES,                                            :     **APPEARANCE**

                              Defendant.               : 
------------------------------------------------------------------------ x

        Please take notice that the Council of the City of New York, an *amicus curiae* in this action, is hereby represented by Lauren G. Axelrod, and that all future correspondence and papers in connection with this action are to be directed to Ms. Axelrod at the address indicated below.

Dated: New York, NY
        April 23, 2008

                                                        LAUREN G. AXELROD
                                                        Assistant General Counsel
                                                   Council of the City of New York
                                                      250 Broadway, 15th Floor
                                                       New York, New York 10007
                                                             (212) 788-7017
                                                       Fax: (212) 513-0701

                                                   Attorney for *Amicus Curiae*
                                                Council of the City of New York