UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x
STATE OF NEW YORK, STATE OF ILLINOIS, STATE OF :
MARYLAND, STATE OF WASHINGTON,            :
                Plaintiffs,            :   07-CV-8621 (PAC)
                                       :
        - against -            :   ECF Case
                                       :
UNITED STATES DEPARTMENT OF HEALTH AND   :   **NOTICE OF**
HUMAN SERVICES,            :   **APPEARANCE**
                                       :
                Defendant.            :
-------------------------------------------------------------------------- x

Please take notice that the Council of the City of New York, an *amicus curiae* in this action, is hereby represented by Lauren G. Axelrod, and that all future correspondence and papers in connection with this action are to be directed to Ms. Axelrod at the address indicated below.

Dated: New York, NY
       April 24, 2008

                                                  LAUREN G. AXELROD
                                                  Assistant General Counsel
                                                Council of the City of New York
                                                   250 Broadway, 15th Floor
                                                   New York, New York 10007
                                                            (212) 788-7017
                                                      Fax: (212) 513-0701

                                                Attorney for *Amicus Curiae*
                                                Council of the City of New York