UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X

STATE OF NEW YORK,
STATE OF ILLINOIS,
STATE OF MARYLAND, : No.: 07-CV-8621
STATE OF WASHINGTON, : (PAC) (RLE)

        Plaintiffs,

: **CERTIFICATE OF SERVICE**

        -against-

UNITED STATES DEPARTMENT
OF HEALTH AND HUMAN SERVICES,

        Defendant.
--------------------------------------- X

I hereby certify that on April 23, 2008 a true and correct copy of the preceding Amicus Curiae Brief of the Healthcare Association of New York States was sent via electronic mail to the following:

1. John M. Schwartz, Esq.
   Attorney for Plaintiff State of New York
   John.Schwartz@oag.state.ny.us

2. Catherine R. Hoover, Esq.
   Attorney for Plaintiff State of Washington
   catherineh1@atg.wa.gov

3. Lorie Mayorga, Esq.
   Attorney for Plaintiff State of Maryland
   lmayorga@dhmh.state.md.us

4. Jennifer M. Kim, Esq.
   Attorney for Amicus Curiae State of California
   jennifer.kim@doj.ca.gov

5. Judith Amer, Esq.
   Attorney for Amicus Curiae State of New Mexico
   judith.amer@state.nm.us

201205.1

6. Serrin Turner, Esq.
   Attorney for Defendant
   serrin.turner@usdoj.gov

7. Karen Konieczny, Esq.
   Attorney for Plaintiff State of Illinois
   karen.konieczny@illinois.gov

8. Emily R. Paradise, Esq.
   Attorney for Amicus Curiae State of Massachusetts
   emily.paradise@state.ms.us

9. Hugh Barber, Esq.
   Attorney for Amicus Curiae State of Connecticut
   hugh.barber@po.state.ct.us

10. Lauren Axelrod, Esq.
    Attorney of Amicus Curiae New York City Council
    laxelros@council.nyc.gov

*[signature]*
Michael G. Weisberg

201205.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
STATE OF NEW YORK,                       :
STATE OF ILLINOIS,                       :
STATE OF MARYLAND,                       :   No.: 07-CV-8621
STATE OF WASHINGTON,                     :   (PAC) (RLE)
                                         :
            Plaintiffs,                  :
                                         :   **CERTIFICATE OF SERVICE**
      -against-                          :
                                         :
UNITED STATES DEPARTMENT                 :
OF HEALTH AND HUMAN SERVICES,            :
                                         :
            Defendant.                   :
---------------------------------------- X


I hereby certify that on April 25, 2008, I electronically filed an Amicus Curie Brief of the Healthcare Association of New York State in the Southern District Court using the CM/ECF system, which sent notification of such filing to the following:

 1. John M. Schwartz, Esq.
    Attorney for Plaintiff State of New York
    John.Schwartz@oag.state.ny.us

 2. Catherine R. Hoover, Esq.
    Attorney for Plaintiff State of Washington
    catherineh1@atg.wa.gov

 3. Lorie Mayorga, Esq.
    Attorney for Plaintiff State of Maryland
    lmayorga@dhmh.state.md.us

 4. Jennifer M. Kim, Esq.
    Attorney for Amicus Curiae State of California
    jennifer.kim@doj.ca.gov

 5. Judith Amer, Esq.

201207.1

      Attorney for Amicus Curiae State of New Mexico
      judith.amer@state.nm.us

6. Serrin Turner, Esq.
   Attorney for Defendant
   serrin.turner@usdoj.gov

7. Karen Konieczny, Esq.
   Attorney for Plaintiff State of Illinois
   karen.konieczny@illinois.gov

8. Emily R. Paradise, Esq.
   Attorney for Amicus Curiae State of Massachusetts
   emily.paradise@state.ms.us

9. Hugh Barber, Esq.
   Attorney for Amicus Curiae State of Connecticut
   hugh.barber@po.state.ct.us

10. Lauren Axelrod, Esq.
    Attorney of Amicus Curiae New York City Council
    laxelros@council.nyc.gov

*Deborah Bouchey* (signature)
Deborah Bouchey

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
                                        :
STATE OF NEW YORK,                      :
STATE OF ILLINOIS,                      :
STATE OF MARYLAND,                      :  No.: 07-CV-8621
STATE OF WASHINGTON,                    :  (PAC) (RLE)
                                        :
        Plaintiffs,                     :
                                        :  **CERTIFICATE OF SERVICE**
    -against-                           :
                                        :
UNITED STATES DEPARTMENT                :
OF HEALTH AND HUMAN SERVICES,           :
                                        :
        Defendant.                      :
--------------------------------------- X


I hereby certify that on April 23, 2008 a copy of the foregoing Amicus Curiae Brief of the Healthcare Association of New York States was served upon the following individuals by U.S. mail, first class postage duly paid and affixed to the envelope and addressed to:

John M. Schwartz, Esq.
Assistant Attorney General
NYS Attorney General's Office
120 Broadway, 24th Floor
New York, New York 10271

Catherine R. Hoover, Esq.
Assistant Attorney General
Attorney General's Office
7141 Cleanwater Dr. S.W.
P.O. Box 40124
Olympia, WA 98504-0124

Lorie Mayorga, Esq.
Assistant Attorney General
Attorney General's Office
300 West Preston Street, Room 302
Baltimore, MD 21201

201051.1

Jennifer M. Kim, Esq.
Supervising Deputy Attorney General
California Department of Justice
300 South Spring Street
9th Floor, North Tower
Los Angeles, CA 90013

Office of the Governor
Attn: Justin Miller, Esq. and Judith Amer, Esq.
State Capitol Building, Suite 400
Santa Fe, NM 87501

Serrin Turner, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007

Karen Konieczny, Esq.
Assistant Attorney General
Attorney General's Office
160 North LaSalle Street, Suite N1000
Chicago, IL 60601

Emily R. Paradise, Esq.
Assistant Attorney General
Attorney General's Office
One Ashburton Place
Boston, MA 02108-1598

Hugh Barber, Esq.
Assistant Attorney General
Attorney General's Office
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Lauren Axelrod, Esq.
New York City Council Office of Counsel
250 Broadway
New York, NY 10007

_Deborah Bouchey_
Deborah Bouchey

201051.1