## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Amici Curiae Brief of the States of California, Connecticut, Massachusetts and New Mexico, and the exhibits thereto, were served upon the following individuals this _18_ day of April, 2008, by U.S. mail, first class postage prepaid:

John M. Schwartz
Office of the Attorney General
120 Broadway, 24th Floor
New York, NY 10007

Joshua Pepper
Office of the Attorney General
120 Broadway, 24th Floor
New York, NY 10007

Karen Konieczny
Office of the Illinois Attorney General
160 North La Salle Street
Suite N1000
Chicago, IL 60601

Joel Tornari
Office of the Attorney General
Maryland Department of Health and
  Mental Hygiene
300 West Preston Street, Room 302
Baltimore, MD 21201

Lorie Mayorga
Office of the Attorney General
Maryland Department of Health and
  Mental Hygiene
300 West Preston Street, Room 302
Baltimore, MD 21201

Catherine R. Hoover
Office of the Attorney General
7141 Cleanwater Dr. SW
PO Box 40124
Olympia, WA 98504-0124

William L. Williams
Office of the Attorney General
7141 Cleanwater Dr. SW
PO Box 40124
Olympia, WA 98504-0124

Serrin Turner
U.S. Attorney's Office for the
  Southern District of NY
86 Chambers Street, 3rd Floor
New York, NY  10007

_____
Emily R. Paradise
Assistant Attorney General