

# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108

MARTHA COAKLEY
ATTORNEY GENERAL

(617) 727-2200
www.ago.state.ma.us

April 18, 2008

The Honorable Paul A. Crotty
United States District Judge
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl Street, Room 735
New York, NY  10007

Re:   State of New York, et al. v. U.S. Department of Health and Human Services,
      No. 07-CV-8621 (PAC) (RLE)

Dear Judge Crotty:

Please find enclosed an amicus curiae brief that the States of California, Connecticut, Massachusetts and New Mexico are filing jointly today in the above-captioned matter. Last week, our office contacted your chambers regarding the need for filing motions to appear pro hac vice and instructions on e-filing given that we are out-of-state. Mr. Ovalles advised us that the amici states would be permitted to submit a brief without filing motions to appear pro hac vice and would also be excused from the requirement to file electronically. Pursuant to his request, we are mailing a hard copy of the brief, as well as sending the brief to your chambers in pdf form.

Thank you for your consideration.

Sincerely,

Emily R. Paradise
Quentin A. Palfrey
Assistant Attorneys General
Health Care Division

Enclosures
cc:  Counsel of record (w/enclosures)