UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
                                                        :
STATE of NEW YORK, STATE of ILLINOIS, STATE of          :
MARYLAND, STATE of WASHINGTON,                          :
                                                        :
                              Plaintiffs,    :   07-CV-8621 (PAC) (RLE)
                                                        :
            - against -                                 :
                                                        :   **MOTION FOR ADMISSION**
UNITED STATES DEPARTMENT OF HEALTH AND   :   **TO PRACTICE, *PRO HAC***
HUMAN SERVICES,                                         :   ***VICE***
                                                        :
                              Defendant.                :
                                                        :
------------------------------------------------------- x

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, John M. Schwartz, an Assistant Attorney General for the State of New York, and a member in good standing of the bar of this Court, upon my accompanying declaration and the annexed certificates of good standing, hereby move for an Order admitting to practice before the Court *pro hac vice* to represent the State of Washington:

>                     WILLIAM T. STEPHENS
>                     Assistant Attorney General
>                     7141 Cleanwater Drive
>                     P.O. Box 40124
>                     Olympia, Washington 98504-0124
>                     Tel: (360) 586-6565
>                     Fax: (360) 586-6659
>                     BillS3@atg.wa.gov

Mr. Stephens is a member in good standing of the Bar of the State of Washington. There are no pending disciplinary proceedings against Mr. Stephens in any State or Federal court.

Dated:  New York, New York
        May 14, 2008

                                        ANDREW M. CUOMO
                                      Attorney General of the State of New York

By: *[signature]*
      John M. Schwartz
        Assistant Attorney General
Office of the Attorney General
120 Broadway, 24th Floor
New York, New York, 10271
(212) 416-8559

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STATE of NEW YORK, STATE of ILLINOIS, STATE of
MARYLAND, STATE of WASHINGTON,

                Plaintiffs,

                07-CV-8621 (PAC) (RLE)

            - against -

UNITED STATES DEPARTMENT OF HEALTH AND
HUMAN SERVICES,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### DECLARATION OF JOHN M. SCHWARTZ IN SUPPORT OF MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, John M. Schwartz, declare as follows:

1. I am a member in good standing of the bar of the State of New York, an attorney admitted to practice before the United States District Court for the Southern District of New York, and an Assistant Attorney General for the State of New York. I make this declaration in support of the motion, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, to admit William T. Stephens to practice before this Court *pro hac vice* to represent the State of Washington in this action.

2. Mr. Stephens is admitted to practice law in the State of Washington by that State's Supreme Court, and is a member in good standing of that Court and all the courts of the State of Washington. He is an Assistant Attorney General in the office of Robert M. McKenna, Attorney General of the State of Washington. I believe Mr. Stephens to be of good character, and am unaware of any reason why this motion should not be granted.

3. As required by Local Rule 1.3(d), I attach as Exhibit A a certificate of good standing for William Thomas Stephens from the Supreme Court of Washington.

4. Together with the filing of these papers, we are delivering to the Clerk of the Court a check for the fee required for admission *pro hac vice* for Mr. Stephens.

5. I respectfully request that our motion for admissions *pro hac vice* be granted.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York
        May 14, 2008

                                                  John M. Schwartz
                                                  Assistant Attorney General

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) ) | BAR NO. 24254 |
| OF | ) ) | **CERTIFICATE OF GOOD** |
| WILLIAM THOMAS STEPHENS | ) ) | **STANDING** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) ) ) | |

I, Ronald R. Carpenter, Clerk of the Supreme Court of the State of Washington, hereby certify

WILLIAM THOMAS STEPHENS

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on November 10, 1994, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 1st day of May, 2008.



Ronald R. Carpenter
Supreme Court Clerk
Washington State Supreme Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
:
STATE of NEW YORK, STATE of ILLINOIS, STATE of
MARYLAND, STATE of WASHINGTON,                           :

                       Plaintiffs,     :   07-CV-8621 (PAC) (RLE)

               - against -                :
                                          **DECLARATION OF**
UNITED STATES DEPARTMENT OF HEALTH AND     :   **SERVICE**
HUMAN SERVICES,

                       Defendant.

------------------------------------x

I, John M. Schwartz, declare pursuant to 28 U.S.C. § 1746, that I am employed as an Assistant Attorney General in the offices of Andrew M. Cuomo, Attorney General of the State of New York, attorney for plaintiff State of New York in this action. On May 14, 2008, I served the annexed Motion for Admission to Practice, *Pro Hac Vice*; Declaration of John M. Schwartz in Support of Motion for Admission to Practice, *Pro Hac Vice*; and, [Proposed] Order for Admission to Practice, *Pro Hac Vice* on defendant United States Department of Health and Human Services by mailing true and correct copies to:

        Hon. Michael J. Garcia
        United States Attorney
        U.S. Attorney's Office, Southern District of New York
        Civil Division
        86 Chambers Street
        New York, New York 10007

and by e-mailing true and correct copies to:

        Karen Konieczny, Esq.
        Assistant Attorney General
        Office of the Illinois Attorney General

160 North LaSalle Street, Suite N1000
Chicago, Illinois 60601
karen.konieczny@illinois.gov

Catherine R. Hoover, Esq.
Assistant Attorney General
Office of the Attorney General
7141 Cleanwater Dr. SW
P.O. Box 40124
Olympia, Washington 98504-0124
CatherineH1@atg.wa.gov

William T. Stephens, Esq.
Assistant Attorney General
Office of the Attorney General
7141 Cleanwater Dr. SW
P.O. Box 40124
Olympia, Washington 98504-0124
cathyh1@atg.wa.gov

Lorie A. Mayorga, Esq.
Office of the Attorney General
Dep't of Health and Mental Hygiene
300 West Preston Street, Suite 302
Baltimore, Maryland 21201
lmayorga@dhmh.state.md.us

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 14, 2008
New York, New York

*/s/ John M. Schwartz*
John M. Schwartz
Assistant Attorney General

-2-