MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant
By: SERRIN TURNER
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Tel. No. (212) 637-2701
Fax. No. (212) 637-2686

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
STATE OF NEW YORK, STATE OF ILLINOIS, STATE OF :
MARYLAND, STATE OF WASHINGTON, :
  :
            Plaintiffs, :
  :
      v. :   07 Civ. 8621 (PAC)
  :
UNITED STATES DEPARTMENT OF HEALTH AND : ECF CASE
HUMAN SERVICES, :
  :
            Defendant. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## SECOND DECLARATION OF SERRIN TURNER

I, Serrin Turner, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

     1.    I am an Assistant United States Attorney in the office of Michael J. Garcia, United States Attorney for the Southern District of New York. I am the attorney assigned to the defense of this matter.

     2.    I submit this declaration in support of Defendant's Motion to Dismiss, insofar as defendant's motion seeks dismissal under Rule 12(b)(1) of the Federal Rules of Civil Procedure.

     3.    Appended as Exhibit A hereto is a true and complete copy of a letter from the Centers for Medicare and Medicaid Services ("CMS") addressed to all State Health Officials, dated May 7, 2008.

4.  Appended as Exhibit B hereto is a true and complete copy of a letter from CMS to the Director of the Rhode Island Department of Human Services, dated May 9, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       May 16, 2008

                                                           */s/ Serrin Turner*
                                                         SERRIN TURNER