UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STATE of NEW YORK, STATE of ILLINOIS, STATE of
MARYLAND, STATE of WASHINGTON,

          Plaintiffs,  : 07-CV-8621 (PAC) (RLE)

- against -

UNITED STATES DEPARTMENT OF HEALTH AND
HUMAN SERVICES,

          Defendant.

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, John M. Schwartz, an Assistant Attorney General for the State of New York, and a member in good standing of the bar of this Court, upon my accompanying declaration and the annexed certificates of good standing, hereby move for an Order admitting to practice before the Court *pro hac vice* to represent the State of Washington:

      WILLIAM T. STEPHENS
      Assistant Attorney General
      7141 Cleanwater Drive
      P.O. Box 40124
      Olympia, Washington 98504-0124
      Tel: (360) 586-6565
      Fax: (360) 586-6659
      BillS3@atg.wa.gov

SO ORDERED: MAY 1 9 2008

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

MEMO ENDORSED

Mr. Stephens is a member in good standing of the Bar of the State of Washington. There are no pending disciplinary proceedings against Mr. Stephens in any State or Federal court.

Dated: New York, New York
       May 14, 2008

                          ANDREW M. CUOMO
                          Attorney General of the State of New York

By: *[signature]*
     John M. Schwartz
     Assistant Attorney General
Office of the Attorney General
120 Broadway, 24th Floor
New York, New York, 10271
(212) 416-8559