UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STATE of NEW YORK, STATE of ILLINOIS, STATE of MARYLAND, STATE of WASHINGTON,

               Plaintiffs,      : 07-CV-8621 (PAC) (RLE)

   - against -

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,

      [~~PROPOSED~~] ORDER FOR ADMISSION TO PRACTICE, PRO HAC VICE

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 0 4 2008

    Upon the motion of John M. Schwartz, an Assistant Attorney General in the offices of Attorney General Andrew M. Cuomo, attorney for the State of New York in this action, and Mr. Schwartz's declaration in support,

    IT IS HEREBY ORDERED that

> KATHLEEN E. WHERTHEY, ESQ.
> Assistant Attorney General
> Office of the Attorney General
> 200 St. Paul Place, 20th Floor
> Baltimore, Maryland 21202
> Tel: (410) 576-6345
> Fax: (410) 576-6955
> Email: kwherthey@oag.state.md.us

is admitted to practice *pro hac vice* as counsel for the State of Maryland in this action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. This action has been assigned to the Electronic Case Filing System

(ECF), so counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to Clerk of Court.

Dated:    JUN 04 2008
          New York, New York

                                                  /s/ Paul A. Crotty
                                                  United States District Judge