UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
STATE OF NEW YORK, STATE OF ILLINOIS, STATE OF
MARYLAND, STATE OF WASHINGTON,

                    Plaintiffs, : 07-CV-8621 (PAC)

    - against - : NOTICE OF WITHDRAWAL AND SUBSTITUTION

UNITED STATES DEPARTMENT OF HEALTH AND : OF ATTORNEYS
HUMAN SERVICES,

               ECF CASE

                    Defendant.
------------------------------------------------x

Please take notice that William L. Williams, Sr. Assistant Attorney General, hereby withdraws as attorney of record for the Plaintiff, State of Washington.

You are further notified that William T. Stephens, Assistant Attorney General, is hereby substituted as attorney of record for the withdrawing counsel.

Copies of all further papers and proceedings, except original process, shall be served upon the substituted attorney of record, William T. Stephens, by mailing said copies electronically to BillS3@atg.wa.gov. Copies should also continue to be served upon Catherine R. Hoover by mailing them electronically to CatherineH1@atg.wa.gov.

This withdrawal and substitution of attorneys will be effective June 30, 2008.

Dated: Tumwater, WA
       June 19, 2008

                              ROBERT M. MCKENNA
                              Attorney General of the State of Washington

                              Williams L. Williams,
                              Sr. Assistant Attorney General
                              PO Box 40124
                              Olympia, WA 98504-0124
                              360-586-6464

Dated:  Tumwater, WA
       June 23, 2008

    ROBERT M. MCKENNA
    Attorney General of the State of Washington

    _____
    William T. Stephens
    Assistant Attorney General
    PO Box 40124
    Olympia, WA 98504-0124
    360-586-6464